**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

ROBERT SCOTT HINRICHS,

Plaintiff,

v. Case No.: 5:15-cv-00199-JSM-PRL

AMERICAN PANEL CORPORATION,

Defendant.
_______________________________________/

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), Plaintiff Robert Scott Hinrichs and Defendant American Panel Corporation, having resolved their dispute, hereby stipulate and agree that all claims in this action are voluntarily dismissed with prejudice with each party to bear his or its own attorneys' fees and costs.

Dated this **2nd** day of **November, 2015**.

Respectfully submitted,

/s/ Lavern J. Wilson
Lavern J. Wilson, Esq.
Florida Bar No. 028650
FORDHARRISON LLP
101 E. Kennedy Blvd., Suite 900
Tampa, FL 33602-5133
lwilson@fordharrison.com
Telephone: (813) 261-7800
Facsimile: (813) 261-7899
Attorneys for Defendant, American Panel Corporation

/s/ Michael Massey
Michael Massey, Esq.
Florida Bar No. 153680
MASSEY & DUFFY
855 E. University Avenue
Gainesville, FL 32601
Massey@352.law.com
Telephone: (352) 505-8900
Facsimile: (352) 414-5488
Attorneys for Plaintiff, Robert S. Hinrichs